# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 25, 2025

Lyle W. Cayce
Clerk

No. 24-51027
Summary Calendar

———————————

Deliris Montanez Berrios,

*Plaintiff—Appellant*,

*versus*

Craig W. Cox,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CV-63

———————————————————

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

This is an appeal from a summary judgment that the district court granted in a comprehensive, convincing 20-page Order filed December 9, 2024.  The court accurately described the case as "involv[ing] Plaintiff's claim that Defendant, her former commander from the United States Army Reserve, sent a defamatory message to her employer, United States Border

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-51027

Patrol, leading to her forced resignation." The plaintiff is *pro se*.

We have reviewed the briefs, pertinent parts of the record, and the applicable law. The summary judgment is AFFIRMED, essentially for the reasons assigned by the district court.

All pending motions are DENIED.